No. 407. TRAGLIO ET AL. *v.* HARRIS. 

 October 16, 1939. Dismissed on motion of counsel for the petitioners. *Messrs. Robert F. Maguire* and *Louis M. Denit* for petitioners. *Mr. W. A. Ekwall* for respondent. 

No. 256. BOROUGH OF FORT LEE ET AL. *v.* UNITED STATES EX REL. BARKER ET AL. 

 November 6, 1939. Dismissed per stipulation of counsel. *Messrs. E. J. Dimock* and *William A. Stevens* for petitioners. *Mr. Arthur T. Vanderbilt* for respondents. 

No. 310. BERRY, ADMINISTRATRIX, *v.* MIDTOWN SERVICE CORP. ET AL. December 13, 1939. Dismissed per stipulation of counsel. *Messrs. Harold R. Medina* and *Frank L. Tyson* for petitioner. *Messrs. Samuel H. Kaufman* and *Emil Weitzner* for respondents. 